**C.H., as Guardian Ad Litem of Z.H., a Minor and C.H. Individually, Appellant**

v.

**Grace OLIVA; Gail Pratt; Patrick Johnson; Medford Township Board of Education; Leo Klagholtz, Commissioner of Education; The State of New Jersey Department of Education (D.C. Civil No. 96–cv–02768)**

**No. 98–5061.**

United States Court of Appeals,
Third Circuit.

Argued June 2, 1999

Filed Dec. 1, 1999

Present: BECKER, Chief Judge, SLOVITER, MANSMANN, GREENBERG, SCIRICA, NYGAARD, ALITO, ROTH, McKEE, RENDELL, BARRY, and STAPLETON, Circuit Judges.

---

* The Honorable Jane A. Restani, of the United States Court of International Trade, sitting by designation.

** The Honorable Michael B. Mukasey, of the United States District Court for the Southern district of New York, sitting by designation.

*** Pursuant to 28 U.S.C. § 46(b) and an order of the Chief Judge of this Court certifying a judicial emergency, this case was heard by a panel consisting of the Chief Judge of this Court, one judge of the United States District Court sitting by designation, and one judge of the United States Court of International Trade sitting by designation.

## ORDER

A majority of the active judges having voted for rehearing *en banc* in the above appeal, it is ORDERED that the Clerk of this Court vacate the opinion and judgment filed October 22, 1999, and list the above for rehearing *en banc* at the convenience of the Court.